No. 95–600. TINGLEY ET AL. *v.* WILLIAMS COUNTY DEPART-MENT OF HUMAN SERVICES. Ct. App. Ohio, Williams County.

Certiorari denied.